

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** E-16-248

| | |
|---|---|
| | **Opinion Delivered** October 5, 2016 |
| VALUE STREAM COMMERCIAL SERVICES, LLC | APPEAL FROM THE ARKANSAS BOARD OF REVIEW |
| APPELLANT | [NO. 2016-BR-00628] |
| V. | |
| DIRECTOR, DEPARTMENT OF WORKFORCE SERVICES, AND DICKIE OHLER | |
| APPELLEES | APPEAL DISMISSED |

## BRANDON J. HARRISON, Judge

Value Stream Commercial Services, LLC, a corporation, appeals from the Arkansas Board of Review's 17 May 2016 decision affirming the Appeal Tribunal and finding that the claimant, Dickie Ohler, was entitled to benefits because he quit with good cause connected with the work. We dismiss due to lack of jurisdiction.

On 2 June 2016, Value Stream filed its petition for appeal with this court. The petition was signed by Scott Lybrand, who is not a licensed attorney. It is well settled that corporations must be represented by licensed attorneys. *Smithco Invs. of W. Memphis, Inc. v. Morgan Keegan & Co.*, 370 Ark. 477, 261 S.W.3d 454 (2007). Furthermore, our supreme court has held that when a party not licensed to practice law in this state attempts to represent the interests of others by submitting himself or herself to the jurisdiction of a court, those actions, such as the filing of pleadings, are a nullity. *Id.* Here, Lybrand is not an attorney

SLIP OPINION

and may not represent Value Stream in this case.  Our caselaw makes it clear that invoking the process of a court of law constitutes the practice of law.  *Stephens Prod. Co. v. Bennett*, 2015 Ark. App. 617.  Because Lybrand was practicing law when he signed the petition, the petition is null and void.  *See id.*  As a result, we lack jurisdiction and dismiss the appeal.

Appeal dismissed.

ABRAMSON and KINARD, JJ., agree.